```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ERNEST BOWMAN                                               10-CV-951 (CBA)

                    Petitioner,

        -against-                                           NOT FOR PUBLICATION
                                                            ORDER
WILLIAM LEE, Superintendent, Green
Haven Correctional Facility,

                    Respondent.
-----------------------------------------------------------X
```

AMON, United States District Judge:

Petitioner Ernest Bowman, proceeding pro se, seeks to stay these proceedings in order to return to state court and exhaust claims raised in his petition for a writ of habeas corpus. The government consents, accordingly the request for a stay is granted. The stay is conditioned upon the following: Petitioner is directed to initiate exhaustion proceedings in the state court within thirty (30) days of this Order. Once his state court claims are exhausted, Petitioner must return to this Court and file an amended petition within thirty (30) days of a final state court decision. Petitioner is warned that, should he fail to comply with these conditions, the stay will be vacated and he may well find himself time-barred from re-submitting his claims in a federal habeas corpus petition.

This action is stayed until the time at which the petitioner moves to amend his petition or notifies the Court in writing that he will not do so, or at any other time the Court deems just and proper. Until such time as any of the foregoing occurs, the Clerk of the Court is directed to administratively close this case.

SO ORDERED.

Dated: Brooklyn, New York
       May 11, 2010

/Signed by Judge Amon/
CAROL B. AMON
United States District Judge

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 11 2010 ★
BROOKLYN OFFICE